## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN ORTIZ,<br><br>    Petitioner,<br><br>    v.<br><br>T. BANKS (Warden),<br><br>    Respondent. | No. CV 07-1357-JSL(CW)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS THEREFORE ORDERED:** (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that respondent's motion to dismiss (docket no. 10, filed May 24, 2007) be granted; and (3) that judgment be entered dismissing this action for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the clerk serve copies of this Order and the Judgment herein on the parties.

DATED:  1/23/08

_____
J. SPENCER LETTS
United States District Judge