FILED
CLERK, U.S. DISTRICT COURT
JAN 2 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN ORTIZ, | No. CV 07-1357-JSL(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| T. BANKS (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of subject matter jurisdiction.

DATED: 1/23/08

_____
J. SPENCER LETTS
United States District Judge